UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRANKIE MONEGRO, on behalf of himself and all others similarly situated,<br><br>                      Plaintiffs,<br><br>                      -v.-<br><br>TREND LAB, LLC,<br><br>                      Defendant. | 20 Civ. 6113 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

On August 28, 2020, the Court scheduled a pretrial conference in this action for September 30, 2020, at 10:00 a.m (Dkt. #9). That conference will proceed as scheduled telephonically. Both counsel and defendants shall appear telephonically for the conference. The dial-in information is as follows: At 10:00 a.m. on September 30, 2020, the parties shall call (888) 363-4749 and enter access code 5123533. Please note, the conference will not be available prior to 10:00 a.m.

      SO ORDERED.

Dated:  September 18, 2020
            New York, New York

                                              KATHERINE POLK FAILLA
                                              United States District Judge